[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-10199
Non-Argument Calendar
_____

D.C. Docket No. 5:17-cr-00009-RH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID FIEDLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(November 15, 2018)

Before WILSON, WILLIAM PRYOR and HULL, Circuit Judges.

PER CURIAM:

Rachel Seaton, appointed counsel for David Fiedler in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fiedler's convictions and sentences are **AFFIRMED**.